JS-6

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Special Assistant United States Attorney
Asset Forfeiture Section
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0304
   Facsimile:  (213) 894-7177
   E-mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>            v.<br><br>$34,726.00 IN U.S. CURRENCY,<br>            Defendant.<br><br>LEON WILLIAMS,<br>            Claimant. | NO. CV 08-8442 CAS(SSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

     This action was filed on December 22, 2008. Notice was given and published in accordance with law. No statements of interest or answers have been filed, and the time for filing such statements

**JS-6**

and answers will expire on March 2, 2009.[1] Plaintiff and potential claimant Leon Williams ("claimant"), from whom the $34,726.00 in U.S. currency ("defendant currency") was seized and who filed an administrative claim thereto, have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $34,726.00 in U.S. currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $33,226.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $1,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Leon Williams, and be returned in care of his

---

[1] Claims were originally due on or before January 27, 2009.  Plaintiff granted potential claimant Leon Williams an extension of time to file his claim until February 10, 2009.

JS-6

   attorney, Antony J. Myers.  Said funds shall be forwarded by a check made payable in the amount of $1,500.00 to "Antony J. Myers Attorney Client Trust Account" and shall be mailed to Antony J. Meyers, Esq., 739 East Walnut, #204, Pasadena, CA 91101, within forty five (45) days of the date this judgment is entered by the Court.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: FEBRUARY 11, 2009   /s/ Christina A. Snyder
_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

JS-6

1 | **Approved as to form and content:**

2 | Dated:            , 2009      THOMAS P. O'BRIEN
                                  United States Attorney
3 |                               CHRISTINE C. EWELL
                                  Assistant United States Attorney
4 |                               Chief, Criminal Division
                                  STEVEN R. WELK
5 |                               Assistant United States Attorney
                                  Chief, Asset Forfeiture Section

                                  _____
7 |                               P. GREG PARHAM
                                  Special Assistant United States Attorney
8 |                               Asset Forfeiture Section

9 |                               Attorneys for Plaintiff
                                  United States of America

11 | Dated:            , 2009

12 |                              _____
                                  ANTONY J. MYERS
13 |                              Attorney for Claimant
                                  LEON WILLIAMS

15 | Dated:            , 2009

16 |                              _____
                                  LEON WILLIAMS
17 |                              Claimant

4